SALAS_J.pet

LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
TEL: (671) 472-7332
FAX: (671) 472-7215

Attorney's for United States of America

**FILED**
DISTRICT COURT OF GUAM
JAN 0 9 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JUNE P. SALAS,<br><br>    Defendant. | CRIMINAL CASE NO. 91-00039<br><br>PETITION TO TRANSFER RESTITUTION TO THE UNCLAIMED FUNDS |

### PETITION

COMES NOW the United States of America, by and through its undersigned counsel, and respectfully petitions this Court for the entry of an order transferring the restitution imposed upon and paid by Defendant JUNE P. SALAS (hereinafter referred to as "Defendant SALAS") in Criminal Case No. 91-00039 to unclaimed funds and in support states as follows:

1. On December 6, 1991, sentence was imposed by this Court against Defendant SALAS. Among other things, restitution in the amount of $641,974.48 to Island Pacific Title and Escrow Company was ordered. See Attachment "A."

2. Between July 8, 1998 through August 6, 1998, Defendant SALAS made payments totaling $300.00 towards her restitution. See Attachment "B."

//
//
//

3. Island Pacific Title & Escrow, Inc. filed bankruptcy in April 1991, bankruptcy case no. 91-00009 and the bankruptcy case is closed.

4. Plaintiff respectfully requests that this Court transfer the restitution paid by Defendant SALAS in the amount of $300.00 to unclaimed funds.

5. Plaintiff further requests that any future payments made by defendant be transferred to unclaimed funds.

DATED this 5th day of January, 2006.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and the NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney

# United States District Court

Certified as a true copy on
This Date: 12-6-91
By: [signature]
Clerk

District of **GUAM**

**FILED**
DISTRICT COURT OF GUAM
AGANA, GUAM

UNITED STATES OF AMERICA

V.

**JUNE PUANANI SALAS**

(Name of Defendant)

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **91-00039**

**DEC 06 1991**

**Terrence Long, Public Defender** McMORAN
Defendant's Attorney  Clerk Of Court

THE DEFENDANT:

☒ pleaded guilty to count(s) __I__
☐ was found guilty on count(s) _____ after a plea of not guilty.

Accordingly, the defendant is adjudged guilty of such count(s), which involve the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| TITLE 18 USC 1341 | MAIL FRAUD | JAN. 1989-APR. 1991 | 1 |

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____, and is discharged as to such count(s).
☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.
☒ It is ordered that the defendant shall pay a special assessment of $ __50.00__, for count(s) _____, which shall be due ☐ immediately ☒ as follows:

IT IS FURTHER ORDERED that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: __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__

Defendant's Date of Birth: __JUNE 21, 1966__

Defendant's Mailing Address:

_____

_____

Defendant's Residence Address:

**BISHOP APURON STREET**
**TALISAY AGAT, GUAM 96928**

__DECEMBER 4, 1991__
Date of Imposition of Sentence

[signature]
Signature of Judicial Officer

**ALEX R. MUNSON, Designated Judge**
Name & Title of Judicial Officer

**DEC 06 1991**
Date

A

Defendant: SALAS, JOHN PUANANI
Case Number: 91-00039

Judgment—Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of ___THIRTY-THREE (33) MONTHS___.

**The defendant is to call the U.S. Marshal's Office, Guam Office, every Monday and Weds. mornings between the hour of 9:30 a.m. and 10:00 a.m.**

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States marshal.
☒ The defendant shall surrender to the United States marshal for this district.
    ☒ at __9:00__ a.m. on __JAN. 4, 1991__.
    ☐ as notified by the United States marshal.
☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons,
    ☐ before 2 p.m. on _____.
    ☐ as notified by the United States marshal.
    ☐ as notified by the probation office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____
_____
_____

Defendant delivered on _____ to _____ at _____, with a certified copy of this judgment.

_____
United States Marshal

By _____
Deputy Marshal

## RESTITUTION AND FORFEITURE

### RESTITUTION

☒ The defendant shall make restitution to the following persons in the following amounts:

| Name of Payee | Amount of Restitution |
|---|---|
| ISLAND PACIFIC TITLE AND ESCROW COMPANY | $641,974.48 |

The defendant, June Puanani Salas, is to contact all victims involved and inform them of her sentence. This is to be done by defendant immediately.

Payments of restitution are to be made to:

☐ the United States Attorney for transfer to the payee(s).

☐ the payee(s).

Restitution shall be paid:

☐ in full immediately.

☐ in full not later than _____.

☐ in equal monthly installments over a period of _____ months. The first payment is due on the date of this judgment. Subsequent payments are due monthly thereafter.

☐ in installments according to the following schedule of payments:

Any payment shall be divided proportionately among the payees named unless otherwise specified here.

### FORFEITURE

☐ The defendant is ordered to forfeit the following property to the United States:

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _____
**THREE (3) YEARS**

While on supervised release, the defendant shall not commit another federal, state, or local crime and shall not illegally possess a controlled substance. The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). If this judgment imposes a restitution obligation, it shall be a condition of supervised release that the defendant pay any such restitution that remains unpaid at the commencement of the term of supervised release. The defendant shall comply with the following additional conditions:

[X] The defendant shall report in person to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

[ ] The defendant shall not possess a firearm or destructive device.

### STANDARD CONDITIONS OF SUPERVISION

While the defendant is on supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime. In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer within 72 hours of any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

## STATEMENT OF REASONS

☐ The court adopts the factual findings and guideline application in the presentence report.

OR

☐ The court adopts the factual findings and guideline application in the presentence report except (see attachment, if necessary):

**Guideline Range Determined by the Court:**

Total Offense Level: __13__

Criminal History Category: __I__

Imprisonment Range: __27__ to __33__ months

Supervised Release Range: __2__ to __3__ years

Fine Range: $ __641,974.48__ to $ __1,283,948.90__

☒ Fine is waived or is below the guideline range, because of the defendant's inability to pay.

Restitution: $ __641,974.48__

☐ Full restitution is not ordered for the following reason(s):

☐ The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by application of the guidelines.

OR

☒ The sentence is within the guideline range, that range exceeds 24 months, and the sentence is imposed for the following reason(s):
   A sentence at the upper end of the guideline range will be appropriate to meet the sentencing objectives of punishment and retribution.

OR

The sentence departs from the guideline range

☐ upon motion of the government, as a result of defendant's substantial assistance.

☐ for the following reason(s):

07/16/98     District Court of Guam     Page 2
Restitution/Fines
From: 06/24/98    To: 07/10/98

FILE

| Date | Receipt | Client | Amount |
|---|---|---|---|
| 07/06/98 | 0015053 | GUERRERO, DOMINIC MANUEL<br>CR-97-00184<br>Restitution | $130.00 |
| 07/06/98 | 0015054 | SOLIVAR, CLARITA<br>CR-84-00048<br>Restitution<br>Check Info: 10-501 #0483 | $70.00 |
| 07/06/98 | 0015056 | DIAMORE, MICHAEL J.<br>CR-95-00117<br>Assessments/Fines<br>Check Info: 101-511 #1031 | $500.00 |
| 07/06/98 | 0015057 | QUINATA, DION FRANCIS<br>CR-95-00007<br>Restitution<br>Check Info: 101-511 #0207382 | $50.00 |
| 07/06/98 | 0015058 | GUMATAOTAO, ANTHONY Q.<br>CR-96-00002<br>Assessments/Fines<br>Check Info: 90-7003 #2021 | $25.00 |
| 07/06/98 | 0015059 | SASABE, SATURU<br>CR-97-00029<br>Assessments/Fines<br>Check Info: 90-7003 #2021 | $25.00 |
| 07/06/98 | 0015060 | TAKEI, YOSHIYUKI<br>CR-97-00113<br>Assessments/Fines<br>Check Info: 90-7003 #2021 | $25.00 |
| 07/07/98 | 0015062 | DEGRACIA, ANTHONY DUENAS<br>CR-97-00077<br>Assessments/Fines | $100.00 |
| 07/07/98 | 0015064 | Rose Marie Quintanilla<br>CR-96-00024<br>Restitution | $600.00 |
| 07/07/98 | 0015065 | QUITUGUA, ROQUE<br>CR-85-00051<br>Restitution | $25.00 |
| 07/08/98 | 0015067 | MONTAGUE, LUCINDA M.<br>CR-97-00010<br>Assessments/Fines | $100.00 |
| 07/08/98 | 0015068 | ANICETO, VON D.<br>CR-94-00076<br>Restitution<br>Check Info: 89-93 #14092 | $300.00 |
| 07/08/98 | 0015069 | GABUTIN, ROSALINA<br>CR-93-00018<br>Restitution<br>Check Info: 101-511 #031448 | $100.00 |
| 07/08/98 | 0015070 | June P. Salas<br>CR-91-00039<br>Restitution | $150.00 |
| 07/10/98 | 0015078 | PUGH, JONATHAN J.<br>CR-94-00113<br>Restitution<br>Check Info: 101-501 #6305 | $75.00 |

*Handwritten annotations: "Rest not entered X" next to 0015054; "PIE" circled next to 0015062; "PIE" circled next to 0015067; "Rest not ent'd" next to 0015070.*

RECEIVED
JUL 16 19[98]
U.S. Attorney's [Office]
District of Guam

7-20-98

B

| Date | Receipt | Client | Amount |
|---|---|---|---|
| 08/03/98 | 0015158 | KWON, HYUN JUN<br>CR-97-00064<br>Assessments/Fines<br>Check Info: 101-521 #2585 | $50.00 |
| 08/03/98 | 0015159 | CHEN, YAN QUIN<br>CR-98-00046<br>Restitution<br>Check Info: 101-501 #204 | $191.00 |
| 08/03/98 | 0015160 | TOWAI, REGINA<br>CR-96-00093<br>Restitution<br>Check Info: 101-501 #220 | $150.00 |
| 08/03/98 | 0015162 | QUINATA, DION FRANCIS<br>CR-95-00007<br>Restitution<br>Check Info: 101-511 #0207908 | $50.00 |
| 08/03/98 | 0015163 *Rest not entered* | WRIGHT, PAUL<br>CR-95-00016<br>Restitution<br>Check Info: 101-511 #0207908 | $100.00 |
| 08/03/98 | 0015164 | PUGH, JONATHAN J.<br>CR-94-00113<br>Restitution<br>Check Info: 101-501 #6339 | $75.00 |
| 08/04/98 | 0015167 *Rest not entered* | BLAS, TERESA BLAS<br>CR-95-00091<br>Restitution<br>Check Info: 101-501 #3002 | $100.00 |
| 08/04/98 | 0015169 | PABLO, JUDY<br>CR-96-00108<br>Assessments/Fines | $50.00 |
| 08/04/98 | 0015171 | ANICETO, VON D.<br>CR-94-00076<br>Restitution<br>Check Info: 89-93 #14374 | $300.00 |
| 08/04/98 | 0015172 | GABUTIN, ROSALINA<br>CR-93-00018<br>Restitution<br>Check Info: 101-511 #033135 | $100.00 |
| 08/04/98 | 0015173 | Elisa S. Vanta<br>CR-97-00054<br>Assessments/Fines | $25.00 |
| 08/05/98 | 0015175 | GUERRERO, DOMINIC MANUEL<br>CR-97-00184<br>Assessments/Fines | $140.00 |
| 08/05/98 | 0015177 (PIF) | WU, TUN TIEN<br>CR-97-00121<br>Copies, $ 0.50 per page. (Qty. 1)<br>Assessments/Fines<br>Check Info: 1-482 #12338 | $10.00 |
| 08/05/98 | 0015179 (PIF) | PUNZALAN, JEANNE THERESE<br>CR-97-00088<br>Assessments/Fines | $100.00 |
| 08/05/98 | 0015180 | CRISOSTOMO, BRETT<br>CR-98-00063<br>Assessments/Fines | $100.00 |
| 08/06/98 | 0015188 *Rest not entered* | June Salas<br>CR-91-00039<br>Restitution | $150.00 |

RECEIVED
AUG 19 1998
U.S. Attorney's Office
District of G