```
 1  SALAS_June.ord
 2  LEONARDO M. RAPADAS
    United States Attorney
 3  MARIVIC P. DAVID
    Assistant U.S. Attorney
 4  Sirena Plaza, Suite 500
    108 Hernan Cortez Avenue
 5  Hagåtña, Guam 96910-5059
    TEL: 472-7332
 6  FAX: 472-7215
 7  Attorney's for United States of America
```

FILED
DISTRICT COURT OF GUAM
JAN 1 0 2006
MARY L.M. MORAN
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF GUAM

| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 91-00039 |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER |
| JUNE P. SALAS, | ) | |
| Defendant. | ) | |

Based upon the Plaintiff's, Petition to Transfer Restitution to the Unclaimed Funds, the paid portions of the restitution in the amount of $300.00 is transferred to unclaimed funds. Any further payments made by defendant shall be transferred to unclaimed funds.

IT IS SO ORDERED.

DATED this 10 day of January 2006.

DONALD M. MOLLOY*
District Judge

**ORIGINAL**

---

\* The Honorable Donald M. Molloy, United States Chief District Judge for the District of Montana, sitting by designation.